IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:18-CV-00077-BO

**Ryan Lang**, on behalf of himself and all others similarly situated,

    Plaintiff,

v.

**Duplin County**,

    Defendant.

**Order**

The parties have notified the court that they have resolved the issues that gave rise to the motion to compel. Thus, the court denies the motion as moot.

Dated: February 8, 2019

_____
Robert T. Numbers, II
United States Magistrate Judge