IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

| | | |
|---|---|---|
| RYAN LANG, on behalf of himself and all others similarly situated, | ) ) ) | |
| *Plaintiff,* | ) ) | CA No. 7:18-cv-00077-BO |
| v. | ) ) | |
| DUPLIN COUNTY, | ) ) | |
| *Defendant.* | ) | |

**NOTICE TO ADVISE THE COURT OF NAMED AND OPT-IN PLAINTIFFS'
PRORATED SETTLEMENT AMOUNTS IN SUPPORT OF PLAINTIFF'S UNOPPOSED
MOTION FOR FINAL APPROVAL**

NOW COMES Named Plaintiff, by and through his counsel, to advise the Court that, pursuant to Section IV.2 of the Settlement Agreement between the Parties, the following information, attached hereto as Ex. A, provides a chart outlining Named and Opt-in Plaintiffs' prorated damages and recovery from this action. (Dkt. 74-2). For individuals who are estimated to receive $0.00 pursuant to the prorated calculations, these individuals' last day of work for Defendant was before May 11, 2015, and therefore their claims fall outside the statute of limitations period.

Respectfully submitted this December 16, 2019.

*/s/ Gilda Adriana Hernandez*
Gilda A. Hernandez (NCSB No. 36812)
Charlotte Smith (NCSB No. 53616)
**THE LAW OFFICES OF GILDA A.
HERNANDEZ, PLLC**
1020 Southhill Dr., Ste. 130
Cary, NC 27513
Tel: (919) 741-8693
Fax: (919) 869-1853
ghernandez@gildahernandezlaw.com
csmith@gildahernandezlaw.com

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on December 16, 2019, I filed the foregoing true and accurate copy of the **NOTICE TO ADVISE THE COURT OF NAMED AND OPT-IN PLAINTIFFS' PRORATED SETTLEMENT AMOUNTS IN SUPPORT OF PLAINTIFF'S UNOPPOSED MOTION FOR FINAL APPROVAL** with the Court using the CM/ECF system, and thereby electronically served the document to the following:

**Norwood P. Blanchard, III**
State Bar No. 26470
Crossley McIntosh Collier Hanley & Edes, PLLC
5002 Randall Parkway
Wilmington, NC 28403
norwood@cmclawfirm.com
Telephone: (910) 762-9711
Facsimile: (910) 256-0310

*Attorney for Defendant*

/s/ Gilda Adriana Hernandez
Gilda A. Hernandez (NCSB No. 36812)
Charlotte Smith (NCSB No. 53616)
**THE LAW OFFICES OF GILDA A. HERNANDEZ, PLLC**
1020 Southhill Drive, Ste. 130
Cary, NC 27513
Tel: (919) 741-8693
Fax: (919) 869-1853
ghernandez@gildahernandezlaw.com
csmith@gildahernandezlaw.com

*Attorneys for Plaintiffs*